■ In the Matter of BLANCHE RIED, Respondent, v NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM et al., Appellants.—Judgment, Supreme Court, New York County, entered on or about October 25, 1976, unanimously affirmed, without costs and without disbursements, on the opinion of Sutton, J., at Special Term. (See, also, *Kopansky v New York City Employees' Retirement System,* 56 AD2d 555.) Concur—Kupferman, J. P., Lupiano, Silverman, Lane and Markewich, JJ.

■ FLORENCE B. HAMSHER, Appellant, v READER'S DIGEST ASSOCIATION, INC., Respondent.—Order, Supreme Court, New York County, entered on September 14, 1976, unanimously affirmed on the opinion of Nadel, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Silverman, Lane and Markewich, JJ.

■ In the Matter of JOHN FORMA, Appellant, v ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondent.—Order, Supreme Court, New York County, entered on October 13, 1976, unanimously affirmed for the reasons stated by Postel, J., at Special Term. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Concur—Murphy, J. P., Birns, Capozzoli and Lane, JJ.

■ C. ITOH & Co. (AMERICA), INC., Respondent, v THYSSEN STEEL, INC., Appellant, and KLOCKNER, INC., Respondent-Respondent. C. ITOH & Co. (AMERICA), INC., Respondent, v THYSSEN STEEL, INC., Appellant, and KLOCKNER, INC., Respondent-Respondent.—Two judgments, Supreme Court, New York County, each entered on October 28, 1976, unanimously affirmed for the reasons stated by Nadel, J., at Special Term. Petitioner-respondent shall recover of respondent-appellant one bill of $40 costs and disbursements of these appeals. (See, also, *Matter of Virgo S. S. Corp. [Marship Corp. of Monrovia],* 26 NY2d 157; *County of Sullivan, v Nezelek,* 54 AD2d 670.) Concur—Kupferman, J. P., Murphy, Lupiano and Markewich, JJ.

■ PAN AMERICAN TRADE DEVELOPMENT CORP., Plaintiff, v COMPAGNIE GENERALE TRANSATLANTIQUE (FRENCH LINE) et al., Defendants. In the Matter of ANTHONY B. CATALDO, Appellant, v ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondent.—Judgment, Supreme Court, New York County, entered on July 12, 1975, unanimously affirmed for the reasons stated by Frank, J., at Special Term, without costs and without disbursements. Appeals from orders, Supreme Court, New York County, entered on July 8 and November 21, 1975, respectively, unanimously dismissed, without costs and without disbursements, as nonappealable. Concur—Kupferman, J. P., Murphy, Lupiano and Markewich, JJ.

■ BERNARD PHILLIPS et al., Respondents, v LOCKTON MANAGEMENT COMPANY, INC., et al., Defendants, and STEPHEN H. LOCKTON, Appellant.—Order, Supreme Court, New York County, entered on December 3, 1976, unanimously affirmed for the reasons stated by Nadel, J., at Trial Term. Plaintiffs-respondents shall recover of defendant-appellant one bill of $60 costs and disbursements covering this appeal and Appeal No. 4458 decided simultaneously herewith. Concur—Kupferman, J. P., Murphy, Lupiano and Markewich, JJ.